O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RODGER WILLIAMS,

               Petitioner,

    vs.

JACK FOX,  WARDEN,

               Respondent.

Case No. CV 15-05180-CJC (KES)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge.

     IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition and entire action without prejudice.

DATED:  April 14, 2016

_____

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1