# JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODGER WILLIAMS, | Case No. CV 15-05180- CJC (KES) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| JACK FOX, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

DATED: April 14, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1